UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 23-30028
                                       Originating No. 5:22-cr-00028

**KRISTOPHER D. THOMAS**

    **aka "RIO",**

      Defendant.

_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **KRISTOPHER D. THOMAS,** to answer to charges pending in another federal district, and states:

    1.  On **January 25, 2023,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of West Virginia based on an Indictment**. **Defendant is charged in that district with violation of 18 U.S.C. §841(a)(1)- Distribution of Fentanyl(Three Counts).**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney


s/Regina McCullough
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Regina.mccullough@usa.doj.gov
(313) 226-9618

Dated: January 25, 2023